**TWENTY GRAND OFFSHORE, INC.,**
Plaintiff–Counter Defendant–
Apellant,

v.

**UNITED STATES of America,**
Defendant–Counter Claimant–
Appellee.

No. 04–30252.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Dec. 3, 2004.

Cliffe E. Laborde, III, James D'Arensbourg Hollier, Laborde & Neuner, Lafayette, LA, Plaintiff–Counter Defendant–Appellant.

Thomas Burton Thompson, Assistant U.S. Attorney, U.S. Attorney's Office, Lafayette, LA, for Defendant–Counter Claimant–Appellee.

Before REAVLEY, WIENER and BENAVIDES, Circuit Judges.

PER CURIAM: *

The district court correctly upheld the Coast Guard Commandant's decision as his interpretation of 46 C.F.R § 4.05–10(b) was not arbitrary or capricious. *See Citizens to Preserve Overton Park, Inc. v. Volpe,* 401 U.S. 402, 416, 91 S.Ct. 814, 823–24, 28 L.Ed.2d 136 (1971). It was not arbitrary or capricious to decide that a three-day delay of the written report failed to meet the "without delay" requirement of the statute if the written report is to satisfy the immediate notice requirement in 46 C.F.R. § 4.05–1(a). AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.